# HEXORDIA



# Digital Forensics Analysis Report

| | |
|---|---|
| Prepared For: | US Attorney's Office Northern District of Ohio |
| Prepared By: | Jessica Hyde |
| Hexordia Case Number: | HEX-USA-112501 Rev 1 |

Contact Information:

Jessica Hyde

[jessica@hexordia.com](mailto:jessica@hexordia.com)

(315) 400-1509

PO Box 155

Bridgeport, NY 13030





## Table of Contents

**Table of Contents**   2

**Executive Summary**   2

**Request**   2

**Evidence Analyzed**   3

**Forensic Analysis**   3

**Relevant Findings**   3

    **Peer Review of Artifact Knowledge**   5

**Conclusion**   6

**References**   6

# Executive Summary

This digital forensics analysis details findings related to a request from the US Attorney's Office Northern District of Ohio via AUSA Peter Daly, to review evidence related to USA vs Demar Dawson. The data was reviewed for relevant artifacts between 8:15am and 9:00 am EDT on August 15, 2024 and includes health data, text messages, and outgoing calls.

# Request

This digital forensics analysis details findings related to a request from the US Attorney's Office Northern District of Ohio via AUSA Peter Daly, which is to review evidence related to USA vs Demar Dawson, specifically data from the timeframe of 8:15 am EDT to 9:00am EDT. I was provided with a full file system forensic image of an iPhone 14 with Individual Mobile Equipment Identifier (IMEI) 356226675074109 and Unique Device ID (UDID) 00008110-00060D643E39401E along with the Keychain and password files. The below other files were also provided but not reviewed as part of this analysis.

Other files received:
1. Three pictures in a folder labeled 2024-08-26 1045 Corwin Ave Wifi Information 1 of 2 of an AT&T U-verse WiFi Router that had a label with S/N 31151N054877 With Wi-Fi Network name: ATT6zND9nA
2. Two pdf files, one labeled "Devices.pdf" and "Router Info.pdf" respectively
3. 121 pictures of a cell phone depicting different screenshots labeled 2024-11-25 Demar DAWSON Review of Health Data on Cell Phone


4. 134 pictures of a cell phone depicting different screenshots labeled 2025-01-23 Demar DAWSON Review of Health Data on Cell Phone
5. A folder labeled Surveillance Video that contained multiple files.
    a. Surveillance Review Notes.docx
    b. Several folders of different videos in folders labeled with locations and dates
6. Presentation consisting of photos and Cellebrite Reader

# Evidence Analyzed

The evidence analyzed was a full file system forensic image provided by Clay McCausland, Special Agent of Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), with a SHA 256 hash value of aa967f5601b555ea0ad942b7f91e508cd05abbc35ccb68a84dbc6a27ecce8c5d of an iPhone 14 with Individual Mobile Equipment Identifier (IMEI) 356226675074109 and Unique Device ID (UDID) 00008110-00060D643E39401E along with the Keychain with a SHA 256 hash value of 78c60ec84f5362d6ffb22fb5c01e91267ac48013da6883f3e2a3fd195fecc62d.

# Forensic Analysis

The full file system image was received via Fedex on an external black WD hard drive and was copied to an external destination drive labeled HEX-USA-112501. A working copy of the data was then processed with Magnet AXIOM version 9.9.0.46675, Cellebrite Inseyets Physical Analyzer version 10.7.1.5013, iLEAPP version 2.3.0, ArtEx version 2.10.2.0 and HEART (Health Events & Activity Reporting Tool) version 1.1.0.0. The full file system image and the keychain.plist file hashes were then verified using HashMyFiles version 2.50. Data in the relevant timeframe between 8:15am EDT and 9:00 am EDT was reviewed. There were relevant calls, text messages, and health data recovered.

# Relevant Findings

The relevant calls, text messages and health data are in the following chart. Relevant health data was parsed from private\var\mobile\Library\Health\healthdb_secure.sqlite. Of note, there were two SQLite databases with the same name located at the location. Verified that both instances of the healthdb_secure.sqlite had the same hash value.

| Time Start (EDT) | Time End (EDT) | Activity | Content |
|---|---|---|---|
| 8:15:38 | 8:15:41 | Outgoing Call | To: 3304756518 Duration: 4 Seconds |
| 8:18:03 | 8:28:03 | Steps | 208 Steps |
| 8:18:03 | 8:28:03 | Walking/Running Distance | 126.22 meters, 414' 2" |



| | | | |
|---|---|---|---|
| 8:18:34 | 8:18:47 | Walking Speed | 0.89 meters per second, 1.99 miles per hour |
| 8:19:49 | 8:19:54 | Walking Speed | 0.85 meters per second, 1.90 miles per hour |
| 8:24:47 | 8:24:49 | Walking Speed | 1.03 meters per second, 2.30 miles per hour |
| 8:28:03 | 8:37:48 | Steps | 136 steps |
| 8:28:03 | 8:37:48 | Walking Running Distance | 85.91 meters, 281' 10" |
| 8:30:30 | 8:30:41 | Walking Speed | 1.23 meters per second, 2.75 miles per hour |
| 8:38:04 | 8:48:04 | Steps | 428 Steps |
| 8:38:04 | 8:48:04 | Walking/Running Distance | 268.11 meters, 879' 8" |
| 8:46:06 | 8:46:24 | Walking Speed | 1.1 meters per second, 2.46 miles per hour |
| 8:48:04 | 8:55:58 | Flights Climbed | 3 |
| 8:48:04 | 8:56:16 | Walking/Running Distance | 139.27 meters, 456' 11" |
| 8:48:04 | 8:56:16 | Steps | 208 steps |
| 8:52:04 | | SMS - Sent | To: +13302345492 Tanner (Property Management) Body: Good morning Tanner, if possible could you give me until the end of the business day to pay the $4,900 including a few months rent in advance. I'm waiting for this money from a job I completed to be deposited into my account |
| 8:53:09 | 8:53:40 | Outgoing Call | To: +13305108872 (Alana) Duration: 32 seconds |
| 8:54:55 | 8:55:13 | Walking Speed | 0.96 meters per second, 2.14 miles per hour |
| 8:55:24 | 8:55:43 | Walking Speed | 0.95 meters per second, 2.12 miles per hour |
| 8:57:37 | 8:57:40 | Outgoing Call | To: 3304756518 Duration 4 seconds |
| 8:58:10 | | Incoming SMS | From: +13302218869 (Brian) Body: Call you in 20ish |
| 8:58:10 | 8:58:10 | Outgoing Call | To: +13302218869 Duration Seconds |



## Peer Review of Artifact Knowledge

There are several peer-reviewed papers and community articles with regards to Apple health data from the healthdb_secure.sqlite.

According to this same database, an Apple watch was not paired with the device. Articles and information that rely only on research done with an Apple Watch connected have not been included. In the Cellebrite article "How Health App Data Improves Location Accuracy and Activity Identification for Investigation" the author tests movement in scenarios with an Apple Watch and without and notes a primary difference being that walking data was recorded without the watch, but not data from a bike ride (Goldberg, 2019).

A peer-reviewed study has been conducted on the step and distance information registered by mobile phones. In the paper "The iPhone Health App from a forensic perspective: can steps and distances registered during walking and running be used as digital evidence?" Zandwijk & Boztas determined the Absolute Percentage Error (APE) based on comparing the number of steps recorded by the device to the actual measured number of steps. They then repeated this across multiple iPhones in the study and determined that between 95.9 - 98.5% of the phones studied had an APE of under 10%. They also measured the accuracy of distances registered and tested how a large forward and backward movement would affect the distance. Their conclusion was that health app data can be used when it is known or assumed that walking or running have taken place. However they also concluded that false positives can be recorded. An example of a false positive they documented was initial research showing that driving over a speed bump may register as steps taken. The takeaway from the paper is that "Health App software does an efficient job in determining number of steps". This paper states that distance measured does have more variability as compared to the accuracy of steps (van Zandwijk & Boztas, 2019). Mr. Whiffin tested throwing of devices as well as in vehicles and determined that a device in a hand in a vehicle can record steps, distance, and flights climbed, but will not record these if the device is docked. Additionally he found that throwing a device could be documented as steps walked (Whiffin, 2025)

Peer-reviewed analysis has also been conducted as to the data stored by iPhones as it pertains to floors climbed or descended.  This research found that the determination of floors climbed is registered by a change in height of the phone with 3 meters or 9.84 feet indicating a change in floor. This is in reference to flights ascended not descended. (van Zandwijk et al., 2023) This is similar to the results on the blog post "Apple Health Accuracy & Reliability" where the author also recognizes the 3 meter gain being what is recognized as a flight (Whiffin, 2025).



## Conclusion

There is relevant mobile forensics data including health data that shows a significant amount of activity between 8:18am and 8:56am EDT on August 15, 2024. Additionally there are 4 outgoing calls, 1 received SMS, and one sent SMS between 8:15am and 8:58am EDT on the same date.

## References

Goldberg, B. (2019, October 24). How health app data improves location accuracy and activity identification for investigations. How Health App Data Improves Location Accuracy and Activity Identification for Investigations. https://cellebrite.com/en/how-health-app-data-improves-location-accuracy-and-activity-identification-for-investigations/

van Zandwijk, J. P., & Boztas, A. (2019). The iPhone health app from a forensic perspective: Can steps and distances registered during walking and running be used as digital evidence? *Forensic Science International Digital Investigation*, *28*. https://doi.org/10.1016/j.diin.2019.01.021

van Zandwijk, J. P., Lensen, K., & Boztas, A. (2023). Have you been upstairs? on the accuracy of registrations of ascended and descended floors in iphones. Forensic Science International: Digital Investigation, 47, 301660. https://doi.org/10.1016/j.fsidi.2023.301660

Whiffin, I. (2025, June 28). Apple Health Accuracy & Reliability. Doubleblak. https://www.doubleblak.com/blogPost.php?k=healthaccuracy

Date of Report: 8 January 2025

Signature: