# JESSICA L. HYDE

315.400.1509                                                    jessica@hexordia.com

## EXPERIENCE

**Hexordia,** Bridgeport, NY                                   June 2021 - Present
*Owner/Founder*
- Provides subject matter expertise, consultation, and digital forensics services to a variety of clients.
- Performs digital forensics investigations of mobile phones, computers, and Internet of Things devices.
- Provides Expert Witness Testimony in hearings and trials.
- Authors and delivers digital forensics training courses in Live, On-Demand, and Virtual Live formats with a specialization in mobile forensics.
- Provides technical expertise and advice to United States Government customers on management of digital forensic labs and processes.
- Creates Capture the Flag content for award winning contests to challenge practitioners and students.
- Co-hosts digital forensics podcasts, Truth in Data Podcast that covers a variety of digital forensic topics.

**George Mason University,** Fairfax, VA                        August 2016 - Present
*Adjunct Professor*

- Authored course to include curriculum, labs, lectures, assignments, and tests for graduate level for Mobile Device Forensics.
- Continuously updates labs and lectures to cover newest devices, forensic techniques, and operating systems to include Internet of Things devices, iOS updates, and new Android operating system versions.
- Migrated course from in-person format to synchronous virtual format.
- Assists and advises students in conducting new mobile forensics research and peer review of existing works.
- Mentors students through creation of Standard Operating Procedures for Mobile Forensics project which students have implemented in the forensic labs where they are employed.

**Magnet Forensics, USA,** Herndon, VA                          July 2016 - June 2021
*Director, Forensics*
- Researched and reverse-engineered artifacts from a variety of operating systems and devices to assist developers in creation of tools.
- Recognized expert in the analysis of digital forensics worldwide.
- Continuously developed methodologies for extraction and analyzing data from unsupported devices to include Internet of Things connected devices such as Amazon Alexa devices and unsupported platforms and operating systems such as Chromebooks.
- Provided technical assistance to customers worldwide to include government, law enforcement, intelligence, corporate, and consulting organizations.

GOVERNMENT EXHIBIT

2

5:25CR173

- Regularly aided in creation of technical procedures for accessing devices to customers who are performing digital forensics in austere environments
- Served as forensic subject matter expert to more than 100 developers working to create tools for forensic usage.
- Worked with product and engineering teams to ensure tools meet the needs of forensic examiners.
- Created blogs, webinars, presentations, and contributed to white papers about digital forensics including a co-author of peer-reviewed work in Digital Investigations. Authored over 20 blogs; delivered more than 30 unique presentations; and participated in more than 10 panels in addition to multiple webinars and interviews.
- Created and developed multiple CTF Challenges including a global challenge with over 400 participants winning a Forensic 4:Cast award for DFIR CTF Challenge of the Year 2021.
- Hosted weekly forensics interviews with subject matter experts in digital forensics on Cache Up.
- Developed, created, and organized first Mentorship Day to include 80 1:1 Mentorship Sessions, Career, Organization, and Education Fair, and keynote presentations.

**Champlain College,** Burlington, VT                                    August 2019 – August 2020
*Adjunct Professor*
- Delivered material across multiple semesters to graduate students.
- Assisted and advised students in analysis of mobile devices through lab activities.
- Mentored students and encouraged outside of the box thinking to understand and respond to the challenges of the existing mobile forensics landscape.

**Basis Technology**, Herndon, VA                                    April 2014 – June 2016
*Senior Mobile Exploitation Analyst / Team Lead*
*National Media Exploitation Center*
- Successfully recovered data from mobile devices that are unsupported by commercial and government tools through a variety of advanced methods including JTAG, flashing and custom recoveries resulting in previously unrecovered information.
- Obtained additional user data from forensic acquisitions that is missed by commercial tools by developing methodologies resulting in the solution of unprecedented problems and development of experimental approaches and solutions.
- Increased community capabilities through the development of techniques to acquire data from unique devices to include wearables, counterfeit devices, maritime GPSs, and vehicle telematics.
- Recognized expert in intelligence operations –– particularly collection, exploitation, and dissemination, sought after for highly specialized skills in cellular exploitation (CELLEX) and digital forensics. Lead a team of other expert CELLEX and forensic analysts as well as software developers.
- Recognized as a Subject Matter Expert in planning, production and dissemination of mobile forensics-derived intelligence across the US Intelligence Community; regularly requested to provide expert briefs to US and global intelligence and national security leaders – at the Department and IC level – based on study and report findings, which many times included sensitive and controversial intelligence and counterintelligence issues of potentially broad and extremely significant national security consequence.
- Independently lead a team of expert intelligence officers specializing in digital forensics – under limited government contract administrative supervision – planning long-range goals and milestones, and assisting team members in interpreting and applying policies and general guidelines to execute a variety of analytic techniques including the forensic examinations of

mobile devices and development of new, cutting-edge techniques and software needed to father otherwise unattainable high-value intelligence data used to assess threats to homeland security, US personnel and interests abroad, and international partners.

- Expert-level customer service and knowledge of customer and their mission based on personal collaboration and active outreaches engagements with customers including federal agencies, State and local governments, and international partners.
- Researched and wrote highly complex intelligence reports under conditions of extreme urgency and crisis including new approaches to address unprecedented emerging national security issues to inform decision-making – these reports were derived from the fusion of multiple sources and factors found in established intelligence databases and the original technical exploitation of intelligence recovered from mobile devices detailing and identifying both actual and potential problems – including accounting for uncertainty – for a variety of audiences and customers.
- As a world-renowned digital forensics expert, maintained a global network of US and international digital forensics experts from government, private sector industry, and academia to help solve the US government's toughest intelligence problems.
- Regularly coordinated with experts from other specialties and disciplines as well as experts in specific geographic areas to develop coherent perspectives on emerging issues resulting in more comprehensive analysis and intelligence reporting.
- Participated in multiple intergovernmental, international, and industry/government partnerships addressing emergent technical matters relating to mobile exploitation of great urgency and importance to homeland security.
- Organized and led the national-level CELLEX working group composed of a large network of community members from multiple US government organizations to collaborate and reconcile differing views on highly-complex intelligence analysis and matters related to data derived from the exploitation of mobile devices and applications.
- Provided reach-back technical and intelligence support to multiple labs and customers across the US government to include recovery of data from a variety of devices that other entities are unable to obtain, filling significant gaps in national security information that are otherwise extraordinarily difficult if not impossible to validate.
- Regularly presented on specialized digital forensics topics to members of the community.
- Managed Basis Technology personnel on multiple contracts in support of the US government.
- Performed digital forensic examinations and reported on findings from media in technical reports.
- Presented at Computer Enterprise Investigation Conference (CEIC) 2014 on "Intellectual Property and Sensitive Data Theft: The Threat Within."
- Developed and delivered advanced mobile device training courses and custom labs for customers.

**EY,** Washington, DC                                                            September 2013 – April 2014
*Senior Consultant*

- Performed computer forensics investigations utilizing tools including Guidance Software EnCase, Oxygen Forensics Suite, Magnet Forensics IEF, and Cellebrite UFED to generate technical reports in support of a variety of customers.
- Acquired forensics images of computer systems and mobile devices
- Developed global training plan for Cyber Crime Investigations
- Global lead for Cyber Crime Investigations human capital plan.
- Authored curriculum related to computer and mobile forensics.

**American Systems,** Lorton, VA                           December 2010 – September 2013

*Senior Electrical Engineer / Electronic Data Recovery Team Lead*
*Terrorist Explosive Device Analytical Center*
- Conducted highly complex technical analysis, schematic derivation, reverse-engineering, and RF analysis of unknown devices utilizing a variety of testing equipment including oscilloscopes, spectrum analyzers, digital multimeters, and signal generators.
- Led, trained, and mentored a team of electrical engineers and technicians in the recovery of data from a variety of digital devices
- Examined electronic/digital forensic evidence in a reverse engineering lab environment for a US government customer and produced detailed technical reports on findings.
- Utilized advance techniques and developed novel methodologies to obtain digital evidence from severely damaged mobile devices including parsing of raw data, flashing, and the use of chip-off techniques.
- Analyzed digital evidence using forensic tools including Tableau write blockers, Access Data Forensic Toolkit (FTK, Cellebrite UFED, MSAB XRY, and Hex Workshop.
- Operated advanced equipment including North Star Imaging X50 Computed Tomography and Digital Radiography System, BSET EQ Plasma Ablation System, Digit-Concept Laser IC Decapsulation System, and TopCon Aquila Scanning Electron Microscope.
- Developed training material for electronic data recovery, mobile forensics for first responders, digital radiography, and computed tomography.

**United States Marine Corps,** Cherry Point, NC                October 2001 – December 2007
*Avionics Electrician / Work Center Supervisor*
- Supervised and mentored a team of aviation electronics technicians in the technical analysis and repair of military aircraft. Regularly sought after to diagnose and repair the most complex technical issues, performing corrective action to return squadron and aircraft to mission readiness
- Inspected, performed, trained, and supervised the overhaul, installation, modification, repair, tuning, alignment, corrective and preventative maintenance on major aircraft subsystems including hydraulics, fuel, and electrical systems on multiple @28 million aircrafts.
- Performed on-site independent testing and troubleshooting of electronic systems down to module/component level and electromechanical/mechanical repairs utilizing and interpreting complex schematics and wiring diagrams.
- Assessed and prioritized job orders and assigned personnel to completion for 32 aircrafts.
- Obtained low power turn-up qualification to run aircraft engine and electrical systems to 40% for troubleshooting and system functional verification.
- Ordered, maintained, and organized all necessary personal protective equipment and daily usage supplies for a work center with 60 employees.
- Ensured safe and quality maintenance practices were utilized with respect to system operation and maintenance in a high-voltage environment.

EDUCATION

- Master of Science, Computer Forensics, George Mason University, Fairfax, Virginia, May 2014
- Bachelor of Science, Electronics Engineering Technology, ECPI College of Technology, Virginia Beach, VA, Summa Cum Laude, February 2011

## TRAINING

- Hexordia Advanced Mobile Acquisitions (HAMA) - 2025
- Windows Forensic Analysis – SANS FOR500, 2019
- Mac and iOS Forensic Analysis and Incident Response – SANS FOR518, 2018
- Magnet Forensics Advanced Mobile Forensics – AX300, 2017
- JTAG, Chip-off, and ISP Training – Teel Tech, 2017
- Certified Computer Forensics Professional (CCFP) Course, 2014
- Forensic Technology Discovery Services – Evidence Handling, 2013
- Forensic Technology Discovery Services – Forensic Data Collection, 2013
- Certified IPC 7711/7721 Solder Repair/Rework Trainer Course, 2012
- TopCon Aquila Scanning Electron Microscope, 2012
- BSET EQ Plasma Ablation, 2012
- Digit-Concept Laser IC Decapsulation, 2012
- Advanced Computed Tomography Imaging, North Star Imaging, 2012
- Cellebrite UFED Physical and Logical Course, 2011
- Quality Assurance Course, MCAS Cherry Point, 2006
- Non-Commissioned Officer Leadership Academy, MCAS Cherry Point, 2004
- Aircraft Wiring and Connector Repair/Assembly, MCAS Cherry Point, 2003
- Aircraft Electrical Systems Maintenance Course, MCAS Cherry Point, 2003
- Aviation Electrician's Mate Course, NAS Pensacola, 2002

## CERTIFICATIONS & LICENSES

- NW3C Certified Cyber Crime Examiner (3CE)
- GIAC Certified Forensic Examiner (GCFE)
- Certified Cellebrite UFED Examiner
- Certified Cellebrite UFED Physical Examiner
- FCC GROL License with Radar Endorsement FRN# 0010365336
- Magnet Certified Forensic Examiner (MCFE) – AXIOM (expired)

## AWARDS & COMMENDATIONS

- Forensic 4:Cast - DFIR Article of the Year winner -2022

- Forensic 4:Cast - Digital Forensic Investigator of the Year nominee - 2022

- Forensic 4:Cast - Social Media Contributor of the Year nominee - 2020, 2021, and 2022

- Forensic 4:Cast – DFIR Mentor of the Year nominee, 2020 & 2021

- DFRWS Rodeo – 2nd Place, July 2019

- Unofficial DefCon DFIR Capture the Flag – 3rd Place, August 2018

- Unofficial DefCon DFIR Capture the Flag – 3rd Place, August 2017

- Certificate of Appreciation – for forensic examination of a high priority case, May 2015

- Certificate of Appreciation – for forensic examination of a high priority case, November 2014

- Ovation Award, EY – for leadership in building cyber practice, March 2014

- Navy/ Marine Corps Achievement Medal – for leadership and technical expertise, 2005

- Certificate of Commendation – Non-Commissioned Officer of the Quarter 2D Marine Aircraft Wing 3rd Quarter, 2005

- Certificate of Commendation – Marine of the Quarter 2D Marine Aircraft Wing 3rd Quarter, 2004

- Honor Graduate, Aircraft Electrical Systems Organizational Level Maintenance Course, 2003

- Honor Graduate, Aviation Electrician's Mate Course, 2002

- Honor Graduate, Marine Combat Training, 2002


## PUBLICATIONS

Hyde, J. (2025, March 19). Data Preservation on mobile devices: The quicker, the better. Forensic®. https://www.forensicmag.com/3425-Featured-Article-List/618337-Data-Preservation-on-Mobile-Devices-The-Quicker-The-Better/

Hyde, J. (2024, February)   Mobile Forensic Images and Acquisition Priorities
https://www.hexordia.com/blog/mobile-forensic-images-and-acquisition-priorities

Hyde, J. (2023, February) Growing in Digital Forensics - Practical Mentorship and Resources

Hyde, J. (2023, January) Pathway to Digital Forensics. Retrieved from
https://www.hexordia.com/blog-1-1/pathway-to-digital-forensics

Hyde, J. (2022, December) A Case for Digital Forensics. GRC Outlook. Retrieved from
https://grcoutlook.com/a-case-for-digital-forensics/

Hyde, J. (2022, December) Top 10 Places to Search for a Digital Forensics Job. Retrieved from
https://www.hexordia.com/blog-1-1/top-10-places-to-search-for-a-digital-forensics-job

Hyde, J. (2022, October) Resources to Skill Up and Collaborate in DFIR. Retrieved from
https://www.hexordia.com/blog-1-1/resourcestoskillup

Hyde, J.  & Johnson, R. (2022, September) Peer Review for Mobile Forensics. Retrieved from
https://www.hexordia.com/blog-1-1/gc0vnvj80ogwx724ovu7avzwvjl742

Hyde, J. (2022, August) Creating Synthetic Test Data. Retrieved from
https://www.hexordia.com/blog-1-1/creating-synthetic-test-data

Hyde, J. (2022, July) What is Digital Forensics and Incident Response? Retrieved from
https://www.magnetforensics.com/blog/dfir-what-is-digital-forensics-and-incident-response/

Hyde, J. (2022, May) Update on Magnet Summit 2022 Capture the Flag Contests. Retrieved from
https://www.magnetforensics.com/blog/update-on-magnet-summit-2022-capture-the-flag-contests/

Hyde, J. (2022, March) Magnet Summit 2022 Mentorship Day.  Retrieved from
https://www.magnetforensics.com/blog/magnet-summit-2022-mentorship-day/

Hyde, J. (2022, March) Magnet Summit 2022 Capture the Flag Contests. Retrieved from
https://www.magnetforensics.com/blog/magnet-summit-2022-capture-the-flag-contests/

Hyde, J. (2021, October) Job Hunting in the Digital World. Retrieved from
https://www.magnetforensics.com/blog/job-hunting-in-the-digital-world/

Hyde, J. (2021, October) MVS Career Day Recap. Retrieved from
https://www.magnetforensics.com/blog/job-hunting-in-the-digital-world/

Hyde, J. & Melton T. (2021, April) Android and Google Takeouts: Targeted Locations Quick Reference
Guide. Retrieved from
https://www.magnetforensics.com/resources/targeted-locations-quick-reference-guide-for-android-and-go
ogle-takeouts/

Hyde, J. & Vance, C. (2021, April) Android and iOS: Targeted Locations Quick Reference Guide.
Retrieved from
https://www.magnetforensics.com/resources/targeted-locations-quick-reference-guide-android-and-ios/

Hyde, J. (2021, Apr 29) Forensic 4:cast Nomination Pics from Magnet Forensics, Examiners

Hyde, J. (2021, Feb 19) Twitter for #DFIR Professionals. Retrieved from
https://www.magnetforensics.com/blog/twitter-for-dfir-professionals/

Hyde, J. (2021, Jan 25) Android Motion Photos in Magnet AXIOM. Retrieved from
https://www.magnetforensics.com/blog/android-motion-photos-in-magnet-axiom/

Jessica L. Hyde - Curriculum Vitae                                                                                    8

Hyde, J. (2020, Dec 1). Ways to Share in DFIR. Retrieved from
https://www.magnetforensics.com/blog/ways-to-share-in-dfir/

Hyde, J. (2020, Oct 13). Magnet + Grayshift: Continuing to Provide the Most Advanced Solution for
Mobile Investigations. Retrieved from
https://www.magnetforensics.com/blog/magnet-grayshift-continuing-to-provide-the-most-advanced-soluti
on-for-mobile-investigations/

Hyde, J. (2020, Aug 24). Creating Export Templates in Magnet AXIOM. Retrieved from
https://www.magnetforensics.com/blog/creating-export-templates-in-magnet-axiom/

Hyde, J. (2020, Aug 24) New Updates to Magnet Web Page Saver. Retrieved from
https://www.magnetforensics.com/blog/new-updates-to-magnet-web-page-saver/

Hyde, J. (2020, Aug 24) Exporting URLs from Magnet AXIOM for Use with Web Page Saver. Retrieved
from
https://www.magnetforensics.com/blog/exporting-urls-from-magnet-axiom-for-use-with-web-page-saver/

Hyde, J. (2020, Aug 4). Chromebook Data Locations. Retrieved from
https://www.magnetforensics.com/blog/chromebook-data-locations/

Sparling, A. & Hyde, J. (2020, July 16). Making Memories User Workflow. Retrieved from
https://drive.google.com/drive/folders/1DqP9vZLkUNT3644__P17cAWf1MS4RbYH

Hyde, J., & Brightwell, K. (2020, June 29). AFF4 & AFF4-L – An Open Standard for Forensic Imaging.
Retrieved from
https://www.magnetforensics.com/blog/aff4-aff4-l-an-open-standard-for-forensic-imaging/

Hyde, J. (2020, May 28). Magnet Forensics Presents: Cache Up. Retrieved from
https://www.magnetforensics.com/blog/magnet-forensics-presents-cache-up/

Hyde, J. (2020, May 11). How to Use the Magnet Custom Artifact Generator. Retrieved from
https://www.magnetforensics.com/blog/how-to-use-the-magnet-custom-artifact-generator/

Hyde, J. (2020, May 1). Magnet Virtual Summit 2020 – Want to Play a Game? Retrieved from
https://www.magnetforensics.com/blog/magnet-virtual-summit-2020-want-to-play-a-game/

Hyde, J. & Melton H. (2020, April 27). Magnet Virtual Summit and the Digital Forensics Discord Server.
Retrieved from
https://www.magnetforensics.com/blog/magnet-virtual-summit-and-the-digital-forensics-discord-server/

Hyde, J. (2020, April 23). Magnet Virtual Summit DFIRFit 2020 = #MVSDFIRFit2020. Retrieved from
https://www.magnetforensics.com/blog/mvsdfirfit2020/

Hyde, J. (2020, April 9). Apple Warrant Returns in Magnet AXIOM. Retrieved from
https://www.magnetforensics.com/blog/apple-warrant-returns-in-magnet-axiom/

Hyde, J. (2020, April 9). Facebook Warrant Returns in Magnet AXIOM. Retrieved from
https://www.magnetforensics.com/blog/facebook-warrant-returns-in-magnet-axiom/

Hyde, J. (2020, April 9). Google Warrant Returns in Magnet AXIOM. Retrieved from
https://www.magnetforensics.com/blog/google-warrant-returns-in-magnet-axiom/

Hyde, J. (2020, April 9). Instagram Warrant Returns in Magnet AXIOM. Retrieved from
https://www.magnetforensics.com/blog/instagram-warrant-returns-in-magnet-axiom/

Hyde, J. (2020, April 9). Snapchat Warrant Returns in Magnet AXIOM. Retrieved from
https://www.magnetforensics.com/blog/snapchat-warrant-returns-in-magnet-axiom/

Hyde, J. (2020, April 9). Warrant Return Analysis in Magnet AXIOM. Retrieved from
https://www.magnetforensics.com/blog/warrant-return-analysis-in-magnet-axiom/

Hyde, J. (2020, March 18). Mobile Forensics: Discovering the Undiscovered. Retrieved from
https://www.magnetforensics.com/blog/mobile-forensics-discovering-the-undiscovered/

Hyde, J. (2020, March 11). Understanding iOS Time Stamps. Retrieved from
https://www.magnetforensics.com/resources/understanding-ios-time-stamps/

Casey, E., Nelson, A., & Hyde, J. (2019). Standardization of file recovery classification and
authentication. *Digital Investigation, 31*. doi: https://doi.org/10.1016/j.diin.2019.06.004

Henseler, H., & Hyde, J. (2019). Technology Assisted Analysis of Timeline and Connections in Digital
Forensic Investigations. LegalAIIA@ICAIL. https://ceur-ws.org/Vol-2484/paper5.pdf

Hyde, J.L. (2019, August 28). Women in Forensics Camp [Web log post]. Retrieved from
https://www.magnetforensics.com/blog/women-in-forensics-camp/

Hyde, J.L. (2019, January). Three Newer Things that May Surprise You about iOS Forensics [Web log
post]. Retrieved from
https://www.magnetforensics.com/blog/three-newer-things-that-may-surprise-you-about-ios-forensics/

Hyde, J.L. (2018, August 30). 10 Ways to Stay Current in DFIR [Web log post]. Retrieved from
https://www.magnetforensics.com/blog/10-ways-current-dfir/

Hyde, J. L. (2018, July 16). Giving Back in DFIR [Web log post]. Retrieved from
https://www.magnetforensics.com/blog/giving-back-in-dfir/

Hyde, J. L. (2018, May). IOT 4N6. *Digital Forensics Magazine*, (35), 34-38.

Hyde, J. L. (2018, January 11). Job Hunting in the DFIR Field [Web log post]. Retrieved from
https://www.magnetforensics.com/blog/job-hunting-dfir-field/

Hyde, J. L., & Moran, B. (2017, December 26). Alexa Cloud Data Reference Guide [Web log post].
Retrieved from https://brimorlabs.app.box.com/v/AlexaCloudDataReferenceGuide

Hyde, J.L. (2017, November 21). Importance of Sharing in DFIR [Web log post]. Retrieved from http://www.magnetforensics.com/blog/importance-sharing-dfir/

Hyde, J. L. (2017, October 6). How to Acquire an iOS 11 Device Without the PIN/Passcode [Web log post]. Retrieved from https://www.magnetforensics.com/blog/how-to-acquire-an-ios-11-device-without-the-pinpasscode/

Hyde, J. L. (2017, February 16). Deep Dive on Portable Case Part One [Web log post]. Retrieved from https://www.magnetforensics.com/blog/deep-dive-portable-case-part-one/

Hyde, J. L. (2016, August 25). Exploring Magnet AXIOM's Examiner-Created File System and Registry Artifacts [Web log post]. Retrieved from https://www.magnetforensics.com/blog/exploring-magnet-axioms-examiner-created-file-system-registry-artifacts/

### KEYNOTE PRESENTATIONS

Hyde, J. (2025, March) Keynote: The Truth in Data and Why it Matters, Magnet User Summit, Nashville, TN, March 2025

Hyde, J. (2024, November) Leadership Keynote, Shecurity, Boston,  MA November 2024.

Hyde, J. (2024, November) Beyond the Find Evidence Button: Parsing Unsupported 3rd Party Mobile Apps, Keynote Presentation eCrime Symposium, Virtual, November 2024

Hyde, J. (2023, February) Growing in Digital Forensics - Practical Mentorship and Resources. Keynote Presentation, Magnet Virtual Summit, February, 2023.

Hyde, J. (2022, October) Beyond the Find Evidence Button. Keynote Presentation, United States Secret Service National Computer Forensics Institute Cyber Week, Birmingham, AL, October 2022.

### PROFESSIONAL PRESENTATIONS

Garner, D. and Hyde, J. (2025 October) Mastering Mobile Device Acquisitions: Critical Considerations for Examiners, Northwest International Crime Against Children Conference (NWICAC) Redmond, WA October, 2025

Dubois, N., Gatson, K., and Hyde, J. (2025, October) Sysdiagnose and Unified Log Workshop, Northwest International Crime Against Children Conference (NWICAC) Redmond, WA October, 2025

Remy, J. Dubois, N.  and Hyde, J. (2025, April) Top 10 things to Know in Digital Investigations. National Cyber Crime Conference, Norwood MA, April, 2025.

Hyde, J. and Quezada, M. (2024, October) Data Structures Workshop, Northwest International Crime Against Children Conference (NWICAC) Redmond, WA October, 2024.

Hyde, J. (2024, May) AI: The Good, Prosecutor Center of Excellence Pop Up, Virtual, May 2024.

Hyde, J. (2024, April) PList Analysis,  National Cyber Crime Conference, Norwood MA, April, 2024.

Hyde, J. (2024, April) Beyond the Find Evidence Button: Parsing Unsupported 3rd Party Mobile Apps, Interpol Digital Forensics Lab, Virtual, April 2024; National Cyber Crime Conference, Norwood MA, April, 2024; United States Secret Service Electronic Crimes Task Force Meeting, Morristown, NJ, May 2024; CyCon, Glynco GA September 2024; DFRWS APAC, Brisbane, Australia October 2024, Florida ICAC conference, Orlando, FL, December 2024; HTCIA New England, December, 2024; and Microsoft Digital Cyber Crime Conference, Athens, Greece, March 2025

Dubois, N. and Hyde, J. (2024, March) iOS Live: Live monitoring of iOS device lab, Magnet User Summit, Nashville, TN, March 2024.

Dubois, N. and Hyde, J. (2023, August)  Input Output + Syslog (iO+S): Obtaining Data From Locked iOS Devices via Live Monitoring. Black Hat USA, Las Vegas NV, August 2023; HTCIA Florida, Tampa, FL September 2023, HTCIA International Conference September, 2023; United States Secret Service Electronic Crimes Task Force Meeting, Morristown, NJ, May 2024.

Hyde, J. (2023, April) Level Up with Level DB. Magnet User Summit, Nashville TN, April 2023, National Cyber Crime Conference, Norwood MA, May 2023, and HTCIA New England Chapter, Virtual, July 2023; National Cyber Crime Conference, Norwood MA, April, 2024, and  HTCIA New England, December, 2024

Hyde, J. (2023, March) Mobile Analysis Methodology & 3rd Party App Analysis Hands-On Training, BSides Roc, Rochester, NY March 2023; National Cyber Crime Conference, Norwood MA, May 2023; Northwest International Crime Against Children Conference (NWICAC) Redmond, WA October 2023;

Pagano, K. & Hyde. J. (2023, February) Capture the Flag Workshop: Tips for Competing in the Magnet Virtual Summit CTF with Hands-On Practice. Magnet Virtual Summit, February 2023 and Magnet User Summit, April 2023.

Hyde, J. & Johnson, R. (2023, February) Peering Behind the Curtain of Mobile Forensics: A Practical Approach to Peer Review of Mobile. Magnet Virtual Summit, February 2023; Techno Security Conference, June 2023; and  HTCIA International Conference September, 2023.

Hickman, J. & Hyde J. (2023. February) Gen X: Effective Methods and Best Practices for the Generation of Test Data for Digital Forensics. Magnet Virtual Summit, February 2023, and Techno Security Conference, June 2023.

Hass, R., Hyde, J.L., & Ponce de Leon, D. (2022, September) What Google knows about you. HTCIA International Conference, Atlantic City, NJ, September 2022.

Hyde, J.L. (2022, September) Chromebook Forensics. HTCIA International Conference, Atlantic City, NJ, September 2022 and Cyber First Conference, Virtual, November 2023.

Hyde, J. L. and Quezada, M.C.  (2022, August) Missing Pieces - Tips and Tricks on how to ensure your acquisitions aren't missing critical data. SANS DFIR Summit, Austin, TX August 2022.

Vance, C. & Hyde, J.L., (2022, May) [Air] Tag You're It. Techno Security, Myrtle Beach, May 2022.

Boyce, S. & Hyde, J.L. (2022, March) Digital Forensics Transformed. Dallas, March 2022.

Hyde, J.L. (2022, February) Google Chromebook and Takeout Forensics: A comparative analysis of data recovered from a logical acquisition of a Chromebook as compared to data from a Google Takeout. Presented at the American Academy of Forensic Sciences, Seattle, February 2022

Hyde, J.L. (2021, September) Exploring the Data Available from Google Takeout. Presented at Techno Security, San Diego, October 2021 and Techno Security, Myrtle Beach, May 2022.

Hyde, J.L. (2021, August) A DFIR Journey. Presented at Noroff University, Virtual, August 2021; State University of New York (SUNY) Polytechnic Institute, Utica, NY, October 2021; WiCys Purdue, Virtual, November 2021, WiCys John Hopkins, Virtual, April 2022, Augusta University, Virtual, October 2022.

McQuaid, J. & Hyde, J.L. (2021, August) Forensics in the Cloud - Digital Forensic Examinations in AWS, Azure, and Google Cloud Platform.  Presented at DarkOps 2021 Virtual High Technology Forensics Conference, Virtual, August 2021, Techno Security, San Diego, October 2021 and Techno Security, Myrtle Beach, May 2022.

Odom, N., Hayes, S, & Hyde, J.L. (2021, July) Crossing the Threshold: Analysis of the Facebook Portal Mini. Presented at SANS DFIR Summit, Virtual, July 2021 https://youtu.be/Mvk0wf7TDT8

Hyde, J.L. (2021, July) Chromebook Forensics Workshop. Presented at DFRWS US, Virtual, August 2021

Hyde, J. L. (2021, June) Taking Chromebook Analysis to New Heights. Presented at Techno Security, Myrtle Beach, SC; June 2021 and High Tech Crime Investigation Association (HTCIA) International Conference, Phoenix, AZ; September 2021

Moran, B. & Hyde, J.L. (2021, May) Hiding in Plain Sight. Presented at Magnet Virtual Summit, Virtual, May 2021

Hyde, J.L. & Simon, M. (2021, May) Magnet Custom Artifacts Lab. Presented at Magnet Virtual Summit, Virtual, May 2021; Techno Security, Myrtle Beach, SC; June 2021 and Magnet User Summit, 2023.

Hyde, J.L.  (2021, April) Ask Me Anything About Chromebooks. National Cyber Crime Conference Virtual April 2021

Hyde, J.L. & Smalley, D (2021, April) Decrypting Application Data Using the iOS Keychain and Gray Key. Presented at National Cyber Crime Conference, Virtual April 2021

Guymon, C. & Hyde, J.L. (2020, December) Modernizing Digital Investigations: People, Process and Technology. Presented at DSI, Virtual December 2020

Melton, T. & Hyde, J.L. (2020, September) Google, Where Do You Store Data? Analysis of Data Storage Between Android and Google Takeout. Presented at Virtually Together, Virtual, September 2020; Northwest Regional ICAC Conference, Virtual, October 2020; guest lecture SUNY Polytechnic Institute, Utica, NY, October 2020

Hyde, J.L. (2020, August) So You Want to Test? Methodology for Testing Forensic Hypothesis and Finding Truth. Presented at HTCIA Arizona and Atlanta Chapter Joint Meeting, Virtual, August 2020

Sparling, A, & Hyde, J.L. (2020, July) Making Memories: Using Memory Analysis for Faster Response to User Investigations. Presented at SANS DFIR Summit 2020, Virtual, July 2020.

Brignoni, A, Hyde, J.L., and Saliba, J. (2020, June) Magnet Free Tools – MAGNET Custom Artifact Generator, MAGNET Web Page Saver, and MAGNET Encrypted Disk Detector. Presented at 2020 National Cyber Crime Conference, Virtual, July 2020. Retrieved from https://www.magnetforensics.com/resources/magnet-free-tools-magnet-custom-artifact-generator-magnet-web-page-saver-and-magnet-encrypted-disk-detector-webinar-jun-10/

Hyde, J.L. (2019, June) Thinking DFIRently. Presented at Techno Security and Digital Forensics Conference, Myrtle Beach, SC, June 2019; HTCIA New England, Franklin, MA September 2019; Herndon, VA, October 2018; and DFIRCon, Coral Gables, FL, November 2019.

Hyde, J.L., & Tomek, J. (2019, May) Weaponizing the Internet of Things.  Presented as part of the Marine Corps Cyber Auxiliary, The Pentagon, Arlington, VA, May 2019.

Hyde, J.L. (2019, March) Handling IoT Evidence So it Flows not Floods. Presented at Techno Security and Digital Forensics Conference, San Diego, CA, March 2019.

Hyde, J.L. (2019, January) Internet of Things Forensics. Presented at American Academy of Forensic Sciences, Baltimore, MD, February 2019.

Hyde, J.L., & Vance, C.  (2018, December) Apple's Tween Years – iOS Maturation from 10 through 11 and into 12, Melbourne, AU, December 2018; CELLEX WG, Bethesda MD, July 2019; and MDEC, Boston, MA, July 2019.

Hyde, J.L., & Saliba, J. (2018, September) Chrome Nuts and Bolts: Chrome OS / Chrome Book Forensics, Presented at SANS DFIR Summit EU Prague, CZ, September 2018; Open Source Digital Forensics Conference, Herndon, VA, October 2018; DFRWS EU, Oslo, Norway, April 2019; National Cyber Crime Conference, Boston, MA, April 2019;  Techno Security and Digital Forensics Conference, Myrtle Beach, SC, June 2019; and HTCIA International, Chicago, IL, September 2019.

Hyde, J.L. (2018 September) AXIOM for Corporate Investigations Lab. Presented at Magnet Forensics Lunch and Learn, Secaucus, NJ, September 2018.

Hyde, J.L., & Vance C. (2018, August) AXIOM Mobile Forensic Lab. Presented at High Tech Crime Investigation Association International Conference, Washington, DC, August 2018.

Hyde, J.L., Marziale, V., & Sylve J. (2018, March) Lightning Talk – Rapid Peer Review. Presented at Digital Forensics Research Workshop Europe, Providence, RI, July 2018 and Open Source Digital Forensics Conference, Herndon, VA, October 2018.

Hyde, J.L. (2018, June) Can Machine Learning Really Help an Investigation? Techno Security and Digital Forensics Conference, Myrtle Beach, SC, June 2018 and Techno Security and Digital Forensics Conference, San Antonio, TX, September 2018.

Hyde, J.L. (2018, June) Piecing the Story Together: Correlating Operating System, Memory, and Other Artifacts in Your Forensic Examinations. Techno Security and Digital Forensics Conference, Myrtle Beach, SC, June 2018

Hyde, J.L. (2018, June) Every Step You Take: How Android Tracks Everything You Do. SANS Digital Forensics Incident Response Summit, Austin, TX, June 2018. Retrieved from https://www.youtube.com/watch?v=ZI_vzeKA_Zg

Hyde, J.L. (2018, April) AXIOM Advanced Lab. Presented at Magnet Forensics Lunch and Lab, Herndon, VA, April 2018.

Hyde, J.L. (2018, April) AXIOM Essential Lab. Presented at Magnet Forensics Lunch and Lab, Herndon, VA, April 2018.

Hyde, J.L., & Uzun, T. (2018, March). Cloud Forensics: Where the Opportunities Are. Presented at Forensics Expo Europe, London, UK, March 2018; Magnet Forensics Lunch & Learn, Secaucus, NJ, September 2018; Magnet Forensics Lunch & Learn, Wellington, NZ, December 2018; Magnet Forensics Lunch & Learn, Sydney, AU, December 2018; Magnet Forensics Lunch & Learn,  Perth, AU, December 2018; and Magnet Forensics Lunch & Learn Singapore, December 2018.

Hyde, J. L., & Saliba, J. (2018, March). The Growing Impact of IoT on Digital Forensics. Presented at Forensic Expo Europe, London, UK, March 2018; B-Sides ROC, Rochester, NY, April 2018; Circle City Con, Indianapolis, IN, May 2018; Techno Security and Digital Forensics, Myrtle Beach, SC, June 2018; Digital Forensics Forum (DFF), Bethesda, MD, June 2018; Digital Forensics Evidence Group (DFEG), London, UK, June 2018; Digital Forensics Research Workshop (DFRWS), Providence, RI, June 2018; The Diana Initiative, Las Vegas, NV, August 2018; High Tech Criminal Investigation Association International Conference, Washington, DC, August 2018; guest lecture SUNY Polytechnic Institute, Utica, NY, October 2018; and Silicon Valley Women in Discovery Chapter, November 2018. Retrieved from https://www.youtube.com/watch?v=N280pSyGB_4 and https://www.youtube.com/watch?v=Tdb166_1ck0

Hyde, J.L. (2018 March) Lightning Talk – Alexa Forensics. Presented at Digital Forensics Workshop Europe, Florence, IT, March 2018.

Hyde, J. L., & Saliba, J. (2017, September). Making IoT Relevant to Forensic Investigations. Presented at Techno Security and Digital Forensic Conference, San Antonio, TX, September 2017; and F3, South Gloucestershire, UK, November 2017.

Hyde, J.L., & Kordasiewicz, R. (2017, August). Machine Learning and Mobile Forensics. Presented at CELLEX Working Group, Bethesda, MD, August 2017.

Hyde, J. L., & Moran, B. (2017, June). Alexa, Are You Skynet? Presented at SANS Digital Forensics and Incident Response Summit, Austin, TX, June 2017 and Open Source Digital Forensics Conference, Herndon, VA, October 2017. Retrieved from https://www.youtube.com/watch?v=efkGuioeI74&featur=youtu.be

Hyde, J.L. (2017, June). How the On-set of Security Apps is Impacting Investigations. Presented at National Law Enforcement Training on Child Exploitation, Atlanta, GA, June 2017; Techno Security and Digital Forensics Conference, Myrtle Beach, SC, June 2017; Hight Tech Crime Investigation Association Annual Conference, Anaheim, CA, Oct 2017; and CELLEX Working Group, Bethesda, MD, April 2018.

Hyde, J.L., & Uzun, T.  (2017, June) Mobile Chat and Social App Forensics. Presented at Forensic Expo Europe, London, UK, June 2017; Magnet Tech Talk, San Francisco, CA, January 2018; and HTCIA Phoenix Chapter Meeting, Phoenix, AZ, February 2018. Retrieved from https://twitter.com/AZHTCIA/status/963807187414933504

Hyde, J.L. (2017 June) Bringing Smartphone and Computer Forensics Together for the Greater Good. Presented at Techno Security and Digital Forensics Conference, Myrtle Beach, SC, June 2017.

Hyde, J.L. (2017 June) Connecting the Dots Between Artifacts and User Activity. Presented at Techno Security and Digital Forensics Conference, Myrtle Beach, SC, June 2017; Techno Security and Digital Forensics Conference, San Antonio, TX, September 2017; HTCIA Phoenix Chapter Meeting, Phoenix, AZ; and Techno Security and Digital Forensics Conference, San Antonio, TX, September 2018. Retrieved from https://twitter.com/AZHTCIA/status/963819898844532736

Hyde, J.L. (2017 May) AXIOM 201 Lab. Presented at Magnet User Summit, London UK, May 2017 and Magnet User Summit, Las Vegas, NV, June 2017.

Hyde, J.L. (2017 May) AXIOM 101 Lab. Presented at Magnet User Summit, London UK, May 2017; Magnet User Summit, Las Vegas, NV, June 2017; F3 South Gloucestershire, UK, November 2017; Magnet Road Show, Sacramento, CA, October 2017; Magnet Road Show, Los Angeles, CA, October 2017; Magnet Road Show, San Diego, CA, October 2017; Magnet Road Show, Herndon, VA, October 2017; and Magnet Road Show, Fayetteville, NC, October 2017,

Hyde, J.L., & Vance, C.  (2017 May) What's New in iOS 10 &11. Presented at Magnet Road Show, Sacramento, CA, October 2017; Magnet Road Show, Los Angeles, CA, October 2017; Magnet Road Show, San Diego, CA, October 2017; Magnet Road Show, Herndon, VA, October 2017; and Magnet Road Show, Fayetteville, NC, October 2017.

Hyde, J.L., & Vance, C.  (2017 May) Android Nougat Forensics. Presented at Magnet Road Show, Sacramento, CA, October 2017; Magnet Road Show, Los Angeles, CA, October 2017; Magnet Road Show, San Diego, CA, October 2017; Magnet Road Show, Herndon, VA, October 2017; and Magnet Road Show, Fayetteville, NC, October 2017.

Hyde, J.L. (2016, December). Relationship Linking and Forensic Processing Automation. Presented at Digital Forensics Forum, Virginia, December 8, 2016.

Hyde, J. L., & Quezada, C. M. (2016). Mobile App Parsing – All About that Data. Presented at Computer Enterprise Investigation Conference, Las Vegas, NV May 2016; High Tech Crime Investigation Association Annual Conference, Summerlin, NV September 2016; HTCIA Mid-Atlantic Chapter Meeting, Fairfax, VA, June 2017; Magnet Tech Talk, San Francisco, CA, January, 2018; HTCIA Phoenix Chapter Meeting, Phoenix, AZ, February 2018; BSides Roc, Rochester, NY March 2019; and Diana Initiative, Las Vegas, NV, August 2019. Retrieved from https://twitter.com/AZHTCIA/status/963835068740395008

Hyde, J.L., & Volz, K. (2014). Insider Threat: The threat within. Presented at Computer Enterprise Investigation Conferences, Las Vegas, NV May 2014/

## PANEL PARTICIPATION

The new UN CyberCrime Convention: how will it affect digital forensics? - DFRWS APAC, Brisbane, Australia, October 2024

Expert Forensic Panel - Northwest Internet Crimes Against Children & Technology Conference (NWICAC), Redmond, WA, October 2024

Moving Up in DFIR: a Mentorship Day Panel (Moderator) - Virtual, February 2023 https://www.magnetforensics.com/resources/moving-up-in-dfir-a-mentorship-day-panel/

All Aboard the Mentorship (Moderator) - Virtual, April 2022

Level Up Your #DFIR Career (Moderator) - Virtual, October 2021 https://www.magnetforensics.com/resources/level-up-your-dfir-career-webinar-recording/

Digital Forensics and Cyber Investigation Techniques and Tools (Moderator) - High Tech Crime Investigation Association (HTCIA) International Conference, Phoenix, AZ, September 2021

Validating Evidence for Courtroom Testimony - SANS DFIR Summit, Virtual, July 2021

Digital Forensics and the Enterprise Cloud: A Panel Discussion (moderator) - SANS DFIR Summit Solutions Track, Virtual, July 2021

Six Steps of Mobile Validation - SANS Webcast Live at Techno Security, Myrtle Beach, SC; June 2021

Forensic Lunch – The Magnet Virtual Summit 2021 Episode https://www.youtube.com/watch?v=DtBqxebGnhE May 21, 2021

How Did I get Here - SANS New to Cyber Summit, Virtual, April 2021

Cyber Security Challenges Plaguing Healthcare (moderator) - Enterprise Pulse, Virtual, February 2021

Social Distancing while Forensicating #SWDF (Moderator): https://www.magnetforensics.com/resources/social-distancing-while-forensicating-sdwf-webinar-july-9/

Digital Forensics in the time of COVID-19 - Digital Forensic Evidence Group, Virtual, June 2020

Forensic Lunch – The Magnet Virtual Summit 2020 Episode https://www.youtube.com/watch?v=mx_hlbS7gRE May 15, 2020

Forensic Lunch - https://www.youtube.com/watch?v=f1bx_oARMPg March 20, 2020

Forensic Lunch  - https://www.youtube.com/watch?v=Vh6lhKWwIS8&t=11s February 24, 2020

Forensic Lunch – Magnet User Summit: https://www.youtube.com/watch?v=C9alTqYI0G4 April 2, 2019

Forensic Lunch - DFIR Review: https://www.youtube.com/watch?v=Lwu1Deb6-xg February 1, 2019

Internet of Things Forensics - Digital Forensics Evidence Group, London, UK, July 2018

Employing Intelligence: Both Human and Artificial (AI) to Reduce Overall eDiscovery Costs - 2018 NorCal eDiscovery Retreat, Carmel Valley, CA, April 2018

Practical Discussion: eDiscovery Process with law Firms, In-House, and Vendor - 2018 NorCal eDiscovery Retreat, Carmel Valley, CA, April 2018

Forensic Lunch live from Magnet User Summit – Webcast: https://www.youtube.com/watch?v=He4X925cXGM May 2018

Forensic 4:Cast Live – Webcast: https://www.youtube.com/watch?v=VR-S-DnO380 January 14, 2018

Forensic Lunch at OSDF Con - https://www.youtube.com/watch?v=M-ao8td7q4M October 17, 2017

Forensic Lunch - https://www.youtube.com/watch?v=OHR7-Pg0Rjc May 26, 2017


## WEBINARS

Pagano, K. and Hyde, J. (2025, February) Capture the Flag Workshop: Tips for Competing in the MVS CTF with Hands on Practice, Magnet Virtual Summit

Quezada, M.C. and Hyde, J. (2025, January) Digital Forensic Investigations involving Cryptocurrency Wallets Installed on Mobile Devices  [Video Blog Post] Retrieved from https://www.youtube.com/watch?v=WYFYdqylcts

Hyde, J. (2024, May) Prosecutor's Center for Excellence Pop-Up The Good, Bad, and Ugly of Digital Evidence

Pagno, K. and Hyde, J.L (2023, February) Playing Capture the Flag Contests, Magnet Virtual Summit .

Remy, J. and Hyde, J. (2023, September) Top 10 things to Know in Digital Investigations. National Association of Attorney Generals webinar.

Hyde, J.L. (2022, July) Chrome Wasn't Built in a Day, OSDFCon Webinar, Virtual [Video Blog Post] Retrieved from https://www.magnetforensics.com/blog/dfir-what-is-digital-forensics-and-incident-response/

Hyde, J.L. (2022, June) Google Workspace Takeouts, Women in eDiscovery San Diego, Virtual

Hyde, J.L. (2022, February) Leveraging the Cloud to Get More Data in Your Mobile Investigations [Video Blog Post] Retrieved from https://www.magnetforensics.com/resources/leveraging-the-cloud-to-get-more-data-in-your-mobile-investigations/

Hyde, J.L. (2021, September) Exploring the Data Available from Google Takeout [Video Blog Post]
Retrieved from
https://www.magnetforensics.com/resources/exploring-the-data-available-from-google-takeout-webinar-recording/

Hyde, J.L. (2021, April) Tips and Tricks // Magnet Chromebook Acquisition Assistant [Video Blog Post]
Retrieved from
https://www.magnetforensics.com/resources/tips-and-tricks-magnet-chromebook-acquisition-assistant-webinar/

Hyde, J.L. (2021, February) Methodology for Testing Forensic Hypothesis and Finding Truth. [Video
Blog Post] Retrieved from
ttps://register.gotowebinar.com/register/2420235511747134991?source=ECCSM&utm_source=Cybertalk
%E2%80%AFFeb%2721%20SMM%20ECC-%20Jessica

Hyde, J.L. (2021, February) Tips & Tricks // Decrypting Application Data Using the iOS Keychain and
GrayKey. [Video Blog Post] Retrieved from
https://www.magnetforensics.com/resources/tips-tricks-decrypting-application-data-using-the-ios-keychain-and-graykey-recorded-webinar-feb-25/

Hyde, J.L. (2020, November) Tips & Tricks // Using Community Created Custom Artifacts in AXIOM
[Video blog post] Retrieved from
https://www.magnetforensics.com/resources/tips-tricks-using-community-created-custom-artifacts-in-axiom/

Hyde, J.L. (2020, November) Tips & Tricks // Looking at the Source Data to Support an Artifact [Video
blog post] Retrieved from
https://www.magnetforensics.com/resources/tips-tricks-looking-at-the-source-data-to-support-an-artifact-webinar/

Hyde, J.L. &Vance, C. (2020, October) Mobile Artifact Comparison – Understanding the Similarities
Between iOS and Android Data. [Video blog post] Retrieved from
https://www.magnetforensics.com/resources/mobile-artifact-comparison-understanding-the-similarities-between-ios-and-android-data-webinar/

Hyde, J.L. (2020, September) Tips & Tricks // Reporting Now vs Reporting Then. [Video blog post]
Retrieved from
https://www.magnetforensics.com/resources/tips-tricks-axiom-reporting-now-then-exploring-axioms-updated-reporting-features-in-axiom-4-0-webinar-recording-sept-3/

Hyde, J.L. (2020, July) Tips & Tricks // Custom Artifacts. [Video blog post] Retrieved from
https://www.magnetforensics.com/resources/tips-tricks-custom-artifacts-webinar-recording/

Brignoni, A, Hyde, J.L., and Saliba, J. (2020, June) Magnet Free Tools – MAGNET Custom Artifact
Generator, MAGNET Web Page Saver, and MAGNET Encrypted Disk Detector. [Video blog post]
Retrieved from

https://www.magnetforensics.com/resources/magnet-free-tools-magnet-custom-artifact-generator-magnet-web-page-saver-and-magnet-encrypted-disk-detector-webinar-jun-10/

Hyde, J.L., & Sparling, A. (2020, May) Thinking DFIRently: Utilizing Technology to Work Smarter Than Ever. [Video blog post] Retrieved from https://www.magnetforensics.com/resources/magnet-virtual-summit-thinking-dfirently-utilizing-technology-to-work-smarter-than-ever/

Hyde, J.L. (2020, May) Taking A Byte Out of Chromebook Analysis. [Video blog post] Retrieved from https://www.magnetforensics.com/resources/taking-a-byte-of-chromebook-analysis-mvs-may-5/

Hyde, J.L., & Pamukoff, W. (2019, April) Complete Investigations Faster and Eliminate Your Case Backlog with Magnet Automate [Video blog post]. Retrieved from https://www.magnetforensics.com/resources/complete-investigations-faster-and-eliminate-your-case-backlog-with-magnet-automate/

Hyde, J.L., & Sparling, A. (2019, March) Hide, Seek, and Find: Memory Analysis for Fast Incident Response [Video blog post] Retrieved from https://www.magnetforensics.com/resources/fast-incident-response-webinar/

Hyde, J.L., & Sparling, A. (2019, February) Memory Analysis for Investigations of Fraud and Other Wrongdoing [Video blog post] Retrieved from https://www.magnetforensics.com/resources/memory-analysis-webinar/

Hyde, J.L., & Vance, C.  (2018, November) Apple's Tween Years – iOS Maturation from 10 through 11 and into 12 [Video blog post]. Retrieved from https://www.magnetforensics.com/recorded-webinars/apples-tween-years-ios-maturation/

Hyde, J. L. (2018, June). Connecting Artifacts and Users to Prove Intellectual Property Theft [Video blog post]. Retrieved from https://www.magnetforensics.com/recorded-webinars/connecting-artifacts-property-theft-webinar/

Hyde, J.L. (2018, January). How the On-set of Security Apps is Impacting Investigations [Video blog post]. Retrieved from https://www.magnetforensics.com/recorded-webinars/security-apps-impacting-investigations/ Transcribed at https://www.forensicfocus.com/c/aid=234/webinars/2018/how-the-onset-of-security-apps-is-impacting-investigations/

Hyde, J. L., & Saliba, J. (2017, November 13). Making IoT Relevant [Video blog post]. Retrieved from https://www.sans.org/webcasts/making-iot-relevant-106125

Hyde, J. L. (2017, October 10). Connecting the Dots Between Artifacts and User Activity [Video blog post]. Retrieved from https://www.magnetforensics.com/recorded-webinars/connecting-artifacts-and-user-activity/

Hyde, J. L., & Quezada, C. M. (2017, March 28). Methods for Parsing New Applications [Video blog post]. Retrieved from

https://www.magnetforensics.com/recorded-webinars/methods-for-parsing-new-applications-recorded-webinar/

## INTERVIEWS

- Simply Cyber - https://www.youtube.com/live/EmAv6mkgBBk?si=r8V7vsL9PodwNR7z September 2025
- Forbes -

  https://www.forbes.com/sites/larsdaniel/2025/07/09/karen-read-expert-from-trial-explainshos-long-to-die-in-cold-and-deleted-calls/ July 2025
- Forensic Focus - https://www.youtube.com/watch?v=hXRDe2YuO4M May 2025
- Forensic Focus - https://www.forensicfocus.com/interviews/jessica-hyde-founder-hexordia/ March 2025
- Forensic Fix  - https://youtu.be/hvMi4-DkJGo?si=SkmkPhmex340B9-7 December 2024
- Simply Cyber - https://www.youtube.com/live/yXlAjBBCbZM?si=chsXa6_dXFc-FIpn September 2024
- Cyber Social Hub - https://www.youtube.com/live/7Qky1Ew-pGA?si=zysgduaV6w1yQYL_ June, 2024
- CybHER - https://www.youtube.com/watch?v=cocmcjduOZ0 May 2024
- Simply Cyber - https://www.youtube.com/watch?v=F2W2zwPvahY  November 2023
- Digital Forensic Future -

  https://podcasts.apple.com/ma/podcast/s4-e1-where-is-jessica-hyde/id1452113840?i=1000607929415 July 2023
- Task Force Phoenix Podcast -

  https://open.spotify.com/episode/3G3M1Z1o1eGQDtGck8po8v?si=pCwDzrQMSPOlBApf4lGuig November 2022
- Getting Schooled Podcast -  https://radio.foxnews.com/2022/06/19/what-is-digital-forensics/ June, 2022
- Forensic Focus Podcast -

  https://www.forensicfocus.com/podcast/ali-hadi-and-jessica-hyde-on-accessible-affordable-digital-forensics-training/ February, 2022
- Full Access Podcast - https://www.grayshift.com/full-access-podcast/ January, 2022
- Unallocated Space Podcast - https://www.youtube.com/watch?v=bdtY4vS5rs4 December, 2021
- Digital Forensics Files Podcast - https://www.youtube.com/watch?v=SUBoyBh8uCA, May 2021

- Trust Me, I'm Certified: The Power of Mind over Matter with Jessica Hyde - https://www.giac.org/podcasts/power-of-mind-over-matter-with-jessica-hyde?msc=giac-podcasts-lp
- Cache Up - https://www.magnetforensics.com/resources/cache-up-ep-10-jessica-hyde/
- Forensic Focus - https://www.forensicfocus.com/c/aid=355/interviews/2019/jessica-hyde-magnet-forensics-and-vitaliy-mokosiy-atola-technology/, December 18, 2019
- Rally Security -  https://www.youtube.com/watch?v=7akyGbdeodU August 30, 2018
- A Fistful of Dongles - http://www.afodblog.com/2018/07/afod-blog-interview-with-jessica-hyde.html July 28, 2018
- Digital Forensics Science Learning Environment – Interview for internal use of organization
- Cyber.now Episode 13 My interview w/Jessica Hyde Podcast: https://soundcloud.com/user-740145929/013-my-interview-wjessica-hyde July 3, 2018
- LabTube - https://www.labtube.tv/video/jessica-hyde-director-of-forensics-magnet-forensics?platform=hootsuite 4 Forensic Expo Europe, March 2018
- AVAIRY Solutions at HTCIA https://www.youtube.com/watch?v=UOBA9G7rs8A October 5, 2018
- Forensic Focus - https://forensicfocus.com/c/aid=218/interviews/2017/jessica-hyde-director-of-forensics-magnet/ Posted November 28, 2017; Conducted May 2017 at Techno Security

## Court Testimony

- Commonwealth of Massachusetts v Victor Arrington (Suffolk Superior Court), 2025

- Commonwealth of Massachusetts v Karen Read (Norfolk Superior Court), 2025

- State of Maryland v Tyresse Alonzo Herrera C-15-CR-24-000199 (Circuit Court for Montgomery County), 2024, 2025

- Commonwealth of Massachusetts v Karen Read (Norfolk Superior Court), 2024

## Courses Authored

- Hyde, J.L. (2016-2025) Mobile Forensics for George Mason University
- Hyde, J.L, Quezada, M.C. (2024) Hexordia Data Structures Course (HDSC)
- Hyde, J.L., Dubois, N., Calder, D., Hayes, S. (2023) Hexorida Internet of Things Forensics Course (HIOT)

- Hyde, J.L., Hayes, S (2023) HEX-210 Android Analysis
- Hyde, J.L. (2022) Hexordia Mobile Forensic Analysis Course (HMFA)
- Hyde, J.L., McPherson, E. (2022) HEX-250 Mobile Analysis Methodology and 3rd Party App Analysis
- Hyde, J.L., Dubois, N. (2022) HEX-130 SIM Analysis
- Hyde, J.L. (2022) HEX-120 Mobile Timestamp Fundamentals
- Hyde, J.L. (2022) HEX-111 Mobile Forensics Fundamentals Part 2
- Hyde, J.L. (2022) HEX-110 Mobile Forensics Fundamentals Part 1
- Brignoni, A. & Hyde, J.L. (2021) Android Analysis. Marine Corps Cyber Auxiliary

## CAPTURE THE FLAGS AUTHORED

- Bollen, Y. Cangelosi, J. Ehgotz, C., Hachem, A., Hyde, J., Kreit, N Omerovic, F, Pagano, K.(2025) Magnet Virtual Summit 2025 Capture The Flag
- Hyde, J.L., Cash, A., Eliezer, N., Nicholls, J., Ferrel, D.,  Daniels, A., (2024) Magnet Virtual Summit 2024 Capture The Flag
- Hyde, J.L., Navarro, D., Cash, A., Crupposo, A., Claflin, T., Daniels, A., Castillo, L., (2023) Magnet User Summit 2023 CTF
- Hyde, J.L., Navarro, D., Cash, A., Crupposo, A., Claflin, T., Daniels, A., Castillo, L., (2023) Magnet Virtual Summit 2023 CTF
- Hyde, J.L., Kimball, J., & Navarro, D., Froio, H., Cash, A. (2022) Magnet Summit2022 CTF
- Hyde, J.L., Kimball, J., & Navarro, D., Froio, H., Cash, A. (2022) Magnet Virtual Summit 2022 CTF
- Hyde, J.L. (2021) Hack Live at Kernel Con iOS and Mac Challenge
- Hyde, J.L., Brumbelow, M., Kimball, J., & Navarro, D. (2021) MVS2021 CTF
- Amick, T., Melton, T., Hyde, J., Hadi, A., & Sparling. A, (2020) MVS Weekly CTF
- Hyde, J.L., Farley, J., Kimball, J., Mahoney, G., & Ferrante, A. (2020) MVS 2020 CTF
- Hyde, J.L., Seyer, M., Cowen, D., & Hyde, J. (2019) Magnet User Summit 2019 CTF

## VOLUNTEER ASSOCIATION AND AFFILIATION

- DFIR Review – Founder, Chair, Reviewer – 2018 – Present
- Scientific Working Group on Digital Evidence - Member, 2021 - Present, Executive Board At-Large Member 2025 - Present

- The Organization of Scientific Area Committees (OSAC) for Forensic Sciences - Affiliate, 2021-2022; Member 2022 - Present
- High Tech Crime International Association – Member, 2011 – Present; 1st VP International Executive Committee 2023-2025. 2nd VP International Executive Committee 2022-2023; President NY Metro Chapter 2021; 1st VP NY Metro Chapter, 2020 - 2021
- IACIS Member – 2018 - 2020, 2025 - Present
- Forensic Science International: Digital Investigation Journal – Reviewer, 2016 – 2024; Editorial Board, 2019 - 2023, Assistant Editor, 2021 - 2023
- CybHer - Instructor, 2024, 2025
- The Auxtera Project – Volunteer, Oct 2020 - June 20, 2023
- American Academy of Forensic Science – Associate Member, 2019 - 2024
- Marine Corps Cyber Auxiliary – Auxiliarist, 2019 - 2024
- CSC Cyber Sleuth Labs – Advisory Board Member – 2017 - 2024
- Organizing Committee for DFRWS US – Presentations Chair and Industry Outreach, 2018 – 2021, Platform Chair 2020, Vice Chair and Academic Outreach, 2021-2022
- FORMOBILE CWA – Participant, 2020 - 2021
- Techno Security Myrtle Beach - Advisory Board, 2021
- Play Like a Girl - Search Committee Oct - Dec 2021; Mentor Facilitator Feb - May 2021
- CFRS 790 Moot Court – Volunteer Nov 2020
- ShareTheMicInCyber – Cyber Ally, Oct 2020, Oct 2021
- Journal of Science Education and Technology – Reviewer, 2020
- SANS Trace Labs OSINT CTF – Competitor, August 2020
- DFRWS EU – Session Chair 2020
- SANS Summits Steering Committee – Advisory Board Member, 2020
- SANS DFIR Summit Advisory Board – Member, 2020
- Cyber-investigation Analysis Standard Expression – Governance Committee Director, 2019 - 2020
- Women in Forensics Camp at Notre Dame – Guest Instructor, 2019
- Circle City Con – Resume Workshop Reviewer – 2018
- The Diana Initiative – Resume Workshop Reviewer - 2018, Speaker Mentor - 2021
- Veteran Engineering and Technology Students – President, 2012-2013
- Society of Women Engineers – Graduate Student Liaison, 2012-2013
- Single Marine Sailor Program – Secretary, 2003; President, 2004-2006