JUROR QUESTIONNAIRE

Name_________________________________ Juror Number________

1. List the city and county in which you presently live:
   City:_______________________ County: ________________________

2. Are you a citizen of the United States? [ ] Yes [ ] No

3. Do you read, speak and understand English? [ ] Yes [ ] No

4. The trial in this case may last 3 to 4 days, and could run longer. The jury will generally sit Monday through Friday from 8:00 a.m. to 5:00 p.m. If selected as a juror, is there any reason why you would be unable to serve? [ ] Yes [ ] No

   If "Yes," please explain: ________________________________________________________

   ____________________________________________________________________________

5. Prior to today, have you asked to be excused from this jury panel? [ ] Yes [ ] No

   If "Yes," on what basis: _________________________________________________________

   ____________________________________________________________________________

6. Do you have any medical condition that would make it difficult for you to serve as a juror?
   [ ] Yes [ ] No

   If "Yes," please explain: _________________________________________________________

   ____________________________________________________________________________

7. Are you currently taking any medication on a regular basis which would interfere with your ability to serve as a juror in this case? [ ] Yes [ ] No

   If "Yes," please explain and state the name of the medication. ___________________________

   ____________________________________________________________________________

8. Does any member of your household have any chronic or major health problem(s)?
   [ ] Yes [ ] No

   If "Yes," please explain ___________________________________________________________

   ____________________________________________________________________________

9. What is the condition of your hearing? (Check one)
   □ No problems at all
   □ Have difficulty hearing

**EXHIBIT A**

□ Have problems, but they are corrected with a hearing aid

10. What is the condition of your eyesight? (Check one)
□ No problems at all
□ Have difficulty seeing
□ Have problems, but they are corrected by glasses or contact lenses

11. Your employer cannot fire you if you are selected to serve on this jury. However, employers have different policies about paying employee salaries during part or all of the period of jury service. Will your employer continue to pay your salary if you are selected to serve as a juror for a trial expected to last 3-4 days? [ ] Yes [ ] No [ ] Don't Know

12. Do you have any personal, family, professional, or financial obligations that would prevent you from giving your full attention or prevent you from being present in Court for the duration of the trial? [ ] Yes [ ] No

If "Yes," please explain ______________________________________________________________

______________________________________________________________________________

13. Please indicate your marital status:
[ ] Single and never married
[ ] Currently married
[ ] Single, but previously married
[ ] Single, but living with non-marital companion
[ ] Widowed

14. Have you ever served in the armed forces? [ ] Yes [ ] No
If yes, which branch? ___________________________________________________________

15. What is the extent of your formal education? ________________________________________

16. Do you have any degrees or certificates? [ ] Yes [ ] No
If yes, please list your degrees or certificates: ________________________________________

17. What is your current occupation? ___________________________________________
a. For how long have you been so employed? _____________________________________
b. What were your previous occupations? _______________________________________

18. If retired, state your previous employer(s) and occupation(s)? ____________________________
______________________________________________________________________________

19. Current occupation of spouse or companion: ___________________________________________
For how long has your spouse or companion been so employed? ___________________________

20. Highest level of education of spouse or companion: ____________________________________

21. Ages and gender of children or stepchildren: __________________________________________

22. Occupations of your adult children or stepchildren: ____________________________________

23. What are your leisure time activities? ______________________________

24. What, if any, television programs do you watch regularly? ______________________________
______________________________

25. What newspapers, magazines, radio stations, or on-line information services do you regularly read, listen to, or use? ______________________________

26. What websites do you regularly visit? ______________________________

27. List any clubs, associations, or civic organizations to which you belong or for which you regularly volunteer: ______________________________

28. Have you ever served on a jury before? [ ] Yes [ ] No

29. Have you or an immediate family member ever been a plaintiff in a civil lawsuit? [ ] Yes [ ] No

30. Have you or an immediate family member ever been a defendant in a civil lawsuit? [ ] Yes [ ] No

31. Have you ever been a defendant in a criminal action? [ ] Yes [ ] No

32. Have you or has any member of your household or a close friend ever been a victim of a crime?
[ ] Yes [ ] No

33. Have you or any family member or close friend ever been dishonorably discharged from a branch of the United States military? [ ] Yes [ ] No
If yes, please briefly explain: ______________________________

34. Have you, any family member, or close friend had any dispute with the United States government, including any department or agency, or do you anticipate one in the future? [ ] Yes [ ] No
If yes, please briefly explain: ______________________________

35. Do you have any philosophical, moral, ethical, religious, or political beliefs that would cause you difficulty in serving as a juror in a criminal case? [ ] Yes [ ] No
If yes, please briefly explain: ______________________________

36. What is your opinion of the jury system? [ ] Favorable [ ] Unfavorable [ ] No opinion

37. Please list the three people you are not related to who you most admire, and the reason why.

1) ______________________________

2) ______________________________

3) ______________________________

38. Please also list three people you are not related to who you least admire, and the reason why.

1) ______________________________

2) ______________________________

3) ____________________________________________________

39. Have you, a close friend, or family member ever worked for any fire-investigation agency or in a related fire-safety position?
[ ] Yes [ ] No

40. Have you, a close friend, or family member ever served as a fire investigator, fire marshal, or in any capacity that required you to determine the cause of a fire?
[ ] Yes [ ] No

41. Are you a member of, or have you ever been a volunteer for, any organization that advocates for fire-prevention or fire-victim rights? [ ] Yes [ ] No

42. Have you, a close friend, or family member ever been called as an expert or witness in any civil or criminal matter involving arson or fire-cause analysis?
[ ] Yes [ ] No
If yes, explain: ______________________________________________________________

43. Do you own, or have you ever owned, a business that provides fire-investigation services, fire-protection equipment, or fire-insurance products? [ ] Yes [ ] No
If yes, please explain: ____________________________________________________

44. Have you ever been employed by, consulted for, or performed any work on fire-related insurance claims for an insurance company? If yes, describe the nature of that work and the time period. ______________________________________________________________

45. Have you, a close friend, or family member ever been the victim of a fire, or have you experienced significant property loss due to a fire? [ ] Yes [ ] No
If yes, please briefly explain: ____________________________________________________

AFFIRMATION

I hereby declare under penalty of perjury that the foregoing answers set forth in this Juror Questionnaire are true, correct, and complete to the best of my knowledge and belief. I have not discussed my answers with others, nor have I received assistance from anyone other than court personnel in completing this questionnaire. I have answered all the above questions myself.

Signature: ___________________________________ Date: ___________________________